IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BARRON,

      Plaintiff,                            No.  CIV S-04-01197 GEB GGH P

   vs.

DR. USHA PAI, et al.,

      Defendants.           <u>ORDER</u>

_____/

        On June 15, 2005, plaintiff filed a letter.  That document was not served on defendants.  Plaintiff is advised that every document submitted to the court for consideration must be served on defendants.  Fed. R. Civ. P. 5.  Documents not to be served electronically are usually served by placing a copy in the U.S. mail.  If an attorney has filed a document with the court on behalf of any defendants, then documents submitted by plaintiff must be served on that attorney and not on the defendants.  Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to defendants or their attorney and the address to which it was mailed.  <u>See</u> Local Rule 5-135(b) and (c).

        Plaintiff's June 15, 2005, letter is disregarded for his failure to serve it on defendants' counsel.  Plaintiff is informed that he has no deadlines pending at this time.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's June 15, 2005 letter is
2  disregarded.  Plaintiff is cautioned that failure to properly serve any documents subsequently
3  filed in this action, and failure to include a proper certificate of service with such filing, may
4  result in a recommendation that this action be dismissed.

5  DATED: 7/13/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kf
barr1197.35