IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD BARON, | | |
| | Plaintiff, | No. CIV S-04-1197 GEB GGH P |
| vs. | | |
| DR. USHA PAI, et al., | | <u>ORDER AND</u> |
| | Defendants. | <u>FINDINGS & RECOMMENDATIONS</u> |
| _____ / | | |

       By order filed August 22, 2005, this court directed plaintiff to file a pretrial statement on or before May 5, 2006. Plaintiff has not responded to the court's order. The court will therefore recommend that this action be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 16(f); Local Rule 11-110.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Defendants are relieved from filing a pretrial statement.

       2. The pretrial conference set for May 26, 2006 is vacated; and

       IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 16(f); Local Rule 11-110.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1 | days after being served with these findings and recommendations, any party may file written
2 | objections with the court and serve a copy on all parties.  Such a document should be captioned
3 | "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
4 | shall be served and filed within ten days after service of the objections.  The parties are advised
5 | that failure to file objections within the specified time may waive the right to appeal the District
6 | Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

7 | DATED: 7/12/06

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:035
barr1197.fpt