IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BARRON,

      Plaintiff,                     No.  CIV S-04-1197 GEB GGH P

     vs.

DR. USHA PAI, et al.,

      Defendants.            <u>ORDER</u>

_____/

        On August 2, 2006, the court ordered plaintiff to file a pretrial statement within thirty days. On August 22, 2006, plaintiff filed a document labeled pretrial statement. However, this document does not comply with Local Rule 16-281 which sets forth the required contents for pretrial statements.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 22, 2006, pretrial statement is disregarded;

        2. Plaintiff is granted thirty days from the date of this order to file a pretrial statement which complies with Local Rule 16-281;

/////

/////

/////

1

     3. The Clerk of the Court is directed to send plaintiff a copy of Local Rule 16-281.

DATED: 9/6/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
bar1197.ord